Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081



2320495178

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX  75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20170606-260

ALAN SNOWDEN
450 ESSEX ST
BANGOR, ME  04401-3937





W_ME_RTC



06/06/2017

ALAN SNOWDEN
450 ESSEX ST
BANGOR, ME 04401-3937

Loan Number:
Property Address:    261 RIVER RD
BUCKSPORT, ME 04416-4210

<h2 style="text-align:center">NOTICE OF RIGHT TO CURE</h2>

Dear ALAN SNOWDEN:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $45,005.82, which consists of the following:

| | | |
|---|---|---:|
| Next Payment Due Date : | | 11/01/2013 |
| Total Monthly Payments Due for 44 months: | | $41,462.10 |
|     Principal: | $6,817.48 | |
|     Interest: | $26,320.48 | |
|     Tax and Insurance (escrow): | $8,324.14 | |
| Late Charges: | | $0.00 |
| Other Charges:    Uncollected NSF Fees: | | $0.00 |
|     Other Fees: | | $0.00 |
|     Corporate Advance Balance: | | $4,080.74 |
|     Unapplied Balance: | | ($537.02) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$45,005.82** |

You can cure this default by making a payment of $45,005.82 by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.



2320495178

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

> Caliber Home Loans, Inc.
> PO Box 650856
> Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $94,032.26. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

2320495178

2320495178

# Agencies located in MAINE

**Agency Name:** BREAD OF LIFE MINISTRIES
**Phone:** 207-626-3434-202
**Toll Free:**
**Fax:**
**Email:** programdirector@mainebreadoflife.org
**Address:** 159 Water Street
AUGUSTA, Maine 04330-4607
**Website:** www.mainebreadoflife.org

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:** 207-930-7325
**Email:** dstreubel@waldocap.org
**Address:** 9 Field Street
BELFAST, Maine 04915-6661
**Website:** https://www.waldocap.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
LEWISTON, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6546
**Toll Free:**
**Fax:** 207-866-6553
**Email:** ehoney@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganjo@cflmaine.org
**Address:** 309 Cumberland Ave
Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org



**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800 542 8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Church Street #A
WILTON, Maine 04294-3803
**Website:** http://wmca.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME    V13833

2320495178

HC

From: Nobody <SMTP:nobody@informe.org>
Sent: 6/6/2017 7:09:43 PM
To: WALZ_CALIBER
WALZ ID:_260_WALZ_CALIBER@walzgroup.com

Your pre-foreclosure reporting form has been successfully submitted to the Bureau
of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF9 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to
avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134
800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com


-----
Consumer Information
-----

Consumer First name:ALAN
Consumer Middle Initial/Middle Name:
Consumer Last name:SNOWDEN
Consumer Suffix:
Property Address line 1:261 RIVER RD
Property Address line 2:
Property Address line 3:
Property Address City/Town:BUCKSPORT
Property Address State:
Property Address zip code:04416
Property Address County:Hancock


-----
Notification Details
-----

Date notice was mailed:6/6/2017
Amount needed to cure the default:45005.82
Consumer Address line 1:450 ESSEX ST
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BANGOR
Consumer Address State:ME
Consumer Address zip code:04401

The material above and/or attached is provided for general informational purposes
only and does not constitute legal advice. The content is intended to be current
and useful, but Walz makes no representations or warranties, express or implied,
that it will continue to be current or applicable. We recommend that you consult
with counsel to provide you assurances of compliance. The information contained
in this email, including any attachments, is for the sole use of the intended
recipient(s) and may contain confidential and privileged information. Any
unauthorized use, disclosure, or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all
copies of the original message. Thank you.

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

PS form 3877
Type of Mailing:
CERTIFICATE OF MAILING
June 6, 2017



| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|------|-----------------|------------------------------|---------|------|-----------|
| 1 | 2320495178 | ALAN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 2 | 2320495179 | ALAN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 3 | 2320495180 | ROBIN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 4 | 2320495181 | ROBIN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 5 | 2320495182 | MARTIN P METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.30 | |
| 6 | 2320495183 | JUDY W METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.39 | |
| | | **Totals** | $4.02 | $2.34 | |

Grand Total: $6.36

**List Number of Pieces**
**Listed by Sender**

6

**Total Number of Pieces**
**Received at Post office**

Postmaster:            Dated:
Name of receiving employee



Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081



2320495179

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX   75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124

20170606-260

ALAN SNOWDEN
261 RIVER RD
BUCKSPORT, ME  04416-4210



W_ME_RTC



06/06/2017

ALAN SNOWDEN
261 RIVER RD
BUCKSPORT, ME 04416-4210

Loan Number:
Property Address:     261 RIVER RD
                      BUCKSPORT, ME 04416-4210

### NOTICE OF RIGHT TO CURE

Dear ALAN SNOWDEN:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST     (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $45,005.82, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date : | | 11/01/2013 |
| Total Monthly Payments Due for 44 months: | | $41,462.10 |
|    Principal: | $6,817.48 | |
|    Interest: | $26,320.48 | |
|    Tax and Insurance (escrow): | $8,324.14 | |
| Late Charges: | | $0.00 |
| Other Charges:    Uncollected NSF Fees: | | $0.00 |
|    Other Fees: | | $0.00 |
|    Corporate Advance Balance: | | $4,080.74 |
|    Unapplied Balance: | | ($537.02) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$45,005.82** |

You can cure this default by making a payment of $45,005.82 by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.



The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

> Caliber Home Loans, Inc.
> PO Box 650856
> Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $94,032.26. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437



2320495179

## Agencies located in MAINE

**Agency Name:** BREAD OF LIFE MINISTRIES
**Phone:** 207-626-3434-202
**Toll Free:**
**Fax:**
**Email:** programdirector@mainebreadoflife.org
**Address:** 159 Water Street
AUGUSTA, Maine 04330-4607
**Website:** www.mainebreadoflife.org

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
- BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION
PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy.
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION
PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:** 207-930-7325
**Email:** dstreubel@waldocap.org
**Address:** 9 Field Street
BELFAST, Maine 04915-6661
**Website:** https://www.waldocap.org

**Agency Name:** COASTAL ENTERPRISES,
INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO
DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
LEWISTON, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT
CORPORATION
**Phone:** 207-866-6546
**Toll Free:**
**Fax:** 207 866 6553
**Email:** ohonoy@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT
CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganjo@cflmaine.org
**Address:** 309 Cumberland Ave
Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
- SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME          V13833


2320495179

HC

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Church Street #A
WILTON, Maine 04294-3803
**Website:** http://wmca.org

2320495179

HC

Your pre-foreclosure reporting form has been successfully submitted to the Bureau
of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF9 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to
avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134
800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com


-----
Consumer Information
-----

Consumer First name:ALAN
Consumer Middle Initial/Middle Name:
Consumer Last name:SNOWDEN
Consumer Suffix:
Property Address line 1:261 RIVER RD
Property Address line 2:
Property Address line 3:
Property Address City/Town:BUCKSPORT
Property Address State:
Property Address zip code:04416
Property Address County:Hancock


-----
Notification Details
-----

Date notice was mailed:6/6/2017
Amount needed to cure the default:45005.82
Consumer Address line 1:450 ESSEX ST
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BANGOR
Consumer Address State:ME
Consumer Address zip code:04401

The material above and/or attached is provided for general informational purposes
only and does not constitute legal advice. The content is intended to be current
and useful, but Walz makes no representations or warranties, express or implied,
that it will continue to be current or applicable. We recommend that you consult
with counsel to provide you assurances of compliance. The information contained
in this email, including any attachments, is for the sole use of the intended
recipient(s) and may contain confidential and privileged information. Any
unauthorized use, disclosure, or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all
copies of the original message. Thank you.

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

PS form 3877
Type of Mailing:
CERTIFICATE OF MAILING
June 6, 2017



| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|------|-----------------|----------------------------|---------|-----|-----------|
| 1 | 2320495178 | ALAN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 2 | 2320495179 | ALAN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 3 | 2320495180 | ROBIN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 4 | 2320495181 | ROBIN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 5 | 2320495182 | MARTIN P METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.30 | |
| 6 | 2320495183 | JUDY W METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.39 | |
| | | Totals | $4.02 | $2.34 | |

Grand Total: $6.36

List Number of Pieces
Listed by Sender

6

Total Number of Pieces
Received at Post office

Postmaster:
Name of receiving employee

Dated:



Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

2320495180

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX  75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124

20170606-260

ROBIN SNOWDEN
450 ESSEX ST
BANGOR, ME  04401-3937



W_ME_RTC



06/06/2017

ROBIN SNOWDEN
450 ESSEX ST
BANGOR, ME 04401-3937

Loan Number:
Property Address:     261 RIVER RD
                     BUCKSPORT, ME 04416-4210

## NOTICE OF RIGHT TO CURE

Dear ROBIN SNOWDEN:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST    (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $45,005.82, which consists of the following:

| | | |
|---|---|---:|
| Next Payment Due Date: | | 11/01/2013 |
| Total Monthly Payments Due for 44 months: | | $41,462.10 |
|     Principal: | $6,817.48 | |
|     Interest: | $26,320.48 | |
|     Tax and Insurance (escrow): | $8,324.14 | |
| Late Charges: | | $0.00 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $4,080.74 |
| | Unapplied Balance: | ($537.02) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$45,005.82** |

You can cure this default by making a payment of $45,005.82 by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.



2320495180

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

> Caliber Home Loans, Inc.
> PO Box 650856
> Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $94,032.26. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

2320495180

# Agencies located in MAINE

Agency Name: BREAD OF LIFE MINISTRIES
Phone: 207-626-3434-202
Toll Free:
Fax:
Email: programdirector@mainebreadoflife.org
Address: 159 Water Street
AUGUSTA, Maine 04330-4607
Website: www.mainebreadoflife.org

Agency Name: MAINE STATE HOUSING AUTHORITY
Phone: 207-626-4670
Toll Free: 800-452-4668
Fax: 207-626-4678
Email: dkjohnson@mainehousing.org
Address: 353 WATER STREET
AUGUSTA, Maine 04330-4665
Website: http://www.mainehousing.org

Agency Name: MONEY MANAGEMENT INTERNATIONAL - BANGOR
Phone: 866-232-9080
Toll Free: 866-232-9080
Fax: 866-921-5129
Email: counselinginfo@moneymanagement.org
Address: 175 Exchange St Ste 200
Bangor, Maine 04401-6537
Website: http://www.moneymanagement.org

Agency Name: PENQUIS COMMUNITY ACTION PROGRAM
Phone: 207-974-2403
Toll Free: 888-424-0151
Fax: 207-973-3699
Email: hmassow@penquis.org
Address: 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
Website: http://www.penquis.org

Agency Name: MIDCOAST MAINE COMMUNITY ACTION
Phone: 207-442-7963
Toll Free: 800-221-2221
Fax: 207-443-7447
Email: charles.kent@mmcacorp.org
Address: 34 Wing Farm Pkwy
Bath, Maine 04530-1515
Website: http://www.midcoastmainecommunityaction.org

Agency Name: WALDO COMMUNITY ACTION PARTNERS
Phone: 207-338-6809
Toll Free:
Fax: 207-930-7325
Email: dstreubel@waldocap.org
Address: 9 Field Street
BELFAST, Maine 04915-6661
Website: https://www.waldocap.org

Agency Name: COASTAL ENTERPRISES, INCORPORATED
Phone: 207-504-5900
Toll Free: 877-340-2649
Fax:
Email: jason.thomas@ceimaine.org
Address: 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
Website: http://www.ceimaine.org

Agency Name: TEDFORD HOUSING
Phone: 207-729-1161-100
Toll Free:
Fax:
Email: officemanager@tedfordhousing.org
Address: 14 Middle Street
BRUNSWICK, Maine 04011-2400
Website: http://www.tedfordhousing.org

Agency Name: COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
Phone: 207-795-4065
Toll Free:
Fax: 207-795-4069
Email: homequest@community-concepts.org
Address: 240 Bates St
LEWISTON, Maine 04240-7330
Website: www.community-concepts.org

Agency Name: FOUR DIRECTIONS DEVELOPMENT CORPORATION
Phone: 207-866-6546
Toll Free:
Fax: 207-866-6553
Email: ehoney@fourdirectionsmaine.org
Address: 20 Godfrey Drive
ORONO, Maine 04473-3610
Website: www.fourdirectionsmaine.org

Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
Phone: 207-553-7780-3347
Toll Free: 800-339-6516
Fax: 207-553-7778
Email: ndigeronimo@avestahousing.org
Address: 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
Website: www.avestahousing.org

Agency Name: CITY OF PORTLAND SHELTER
Phone: 207-482-5131
Toll Free:
Fax:
Email:
Address: 196 Lancaster Street
PORTLAND, Maine 04101-2418
Website: n/a

Agency Name: COMMUNITY FINANCIAL LITERACY
Phone: 207-797-7890
Toll Free:
Fax:
Email: crwaganje@cflmaine.org
Address: 309 Cumberland Ave
Suite 205
PORTLAND, Maine 04101-4982
Website: www.cflme.org

Agency Name: MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
Phone: 866-232-9080
Toll Free: 866-232-9080
Fax: 866-921-5129
Email: counselinginfo@moneymanagement.org
Address: 477 Congress St Fl 5
Portland, Maine 04101-3457
Website: http://www.moneymanagement.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?weblistAction=search&searchstate=ME          V13833


2320495180

HC

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED.
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205.
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021.
**Email:** jbaillargeon@acap-me.org.
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201.
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY.
**Phone:** 207-459-2959.
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org.
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917.
**Website:** http://www.yccac.org.

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM.
**Phone:** 800-542-8227.
**Toll Free:**
**Fax:**
**Email:** N/A.
**Address:** 97 Water St
Waterville, Maine 04901-6339.
**Website:** http://www.kvcap.org

**Agency Name:** WESTERN MAINE CAP.
**Phone:** 207-645-3764.
**Toll Free:**
**Fax:**
**Email:** N/A.
**Address:** 20 Church Street #A
WILTON, Maine 04294-3803.
**Website:** http://wmca.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME          V13833

2320495180

HC

```
From: Nobody <SMTP:nobody@informe.org>
Sent: 6/6/2017 7:09:48 PM
To: WALZ_CALIBER
WALZ ID: 260_WALZ_CALIBER@walzgroup.com
```

Your pre-foreclosure reporting form has been successfully submitted to the Bure
of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF9 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to
avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134
800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com

-----
Consumer Information
-----

Consumer First name:ROBIN
Consumer Middle Initial/Middle Name:
Consumer Last name:SNOWDEN
Consumer Suffix:
Property Address line 1:261 RIVER RD
Property Address line 2:
Property Address line 3:
Property Address City/Town:BUCKSPORT
Property Address State:
Property Address zip code:04416
Property Address County:Hancock

-----
Notification Details
-----

Date notice was mailed:6/6/2017
Amount needed to cure the default:45005.82
Consumer Address line 1:450 ESSEX ST
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BANGOR
Consumer Address State:ME
Consumer Address zip code:04401

The material above and/or attached is provided for general informational purpos
only and does not constitute legal advice. The content is intended to be curren
and useful, but Walz makes no representations or warranties, express or implied
that it will continue to be current or applicable. We recommend that you consul
with counsel to provide you assurances of compliance. The information contained
in this email, including any attachments, is for the sole use of the intended
recipient(s) and may contain confidential and privileged information. Any
unauthorized use, disclosure, or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all
copies of the original message. Thank you.

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

PS form 3877
Type of Mailing:
CERTIFICATE OF MAILING
June 6, 2017



| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|------|-----------------|------------------------------|---------|------|-----------|
| 1 | 2320495178 | ALAN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 2 | 2320495179 | ALAN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 3 | 2320495180 | ROBIN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 4 | 2320495181 | ROBIN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 5 | 2320495182 | MARTIN P METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.39 | |
| 6 | 2320495183 | JUDY W METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.39 | |
| | | **Totals** | $4.02 | $2.34 | |

Grand Total: $6.36

List Number of Pieces
Listed by Sender

6

Total Number of Pieces
Received at Post office

Postmaster:
Name of receiving employee          Dated:



Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081



23204951BL

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX  75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20170606-260

ROBIN SNOWDEN
261 RIVER RD
BUCKSPORT, ME  04416-4210



W_ME_RTC



06/06/2017

ROBIN SNOWDEN
261 RIVER RD
BUCKSPORT, ME 04416-4210

Loan Number:
Property Address:     261 RIVER RD
                      BUCKSPORT, ME 04416-4210

### NOTICE OF RIGHT TO CURE

Dear ROBIN SNOWDEN:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST     (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default.  To cure the default, you must pay the full amount of the default on this loan by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).  If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $45,005.82, which consists of the following:

| | | |
|---|---|---:|
| Next Payment Due Date: | | 11/01/2013 |
| Total Monthly Payments Due for 44 months: | | $41,462.10 |
| Principal: | $6,817.48 | |
| Interest: | $26,320.48 | |
| Tax and Insurance (escrow): | $8,324.14 | |
| Late Charges: | | $0.00 |
| Other Charges:   Uncollected NSF Fees: | | $0.00 |
| Other Fees: | | $0.00 |
| Corporate Advance Balance: | | $4,080.74 |
| Unapplied Balance: | | ($537.02) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$45,005.82** |

You can cure this default by making a payment of $45,005.82 by 07/14/2017 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).  The amount required to cure the default will remain constant until this date.  This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.



The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

> Caliber Home Loans, Inc.
> PO Box 650856
> Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $94,032.26. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437



2320495181

## Agencies located in MAINE

**Agency Name:** BREAD OF LIFE MINISTRIES
**Phone:** 207-626-3434-202
**Toll Free:**
**Fax:**
**Email:** programdirector@mainebreadoflife.org
**Address:** 159 Water Street
AUGUSTA, Maine 04330-4607
**Website:** www.mainebreadoflife.org

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
- BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION
PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION
PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:** 207-930-7325
**Email:** dstreubel@waldocap.org
**Address:** 9 Field Street
BELFAST, Maine 04915-6661
**Website:** https://www.waldocap.org

**Agency Name:** COASTAL ENTERPRISES,
INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO
DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
LEWISTON, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT
CORPORATION
**Phone:** 207-866-6546
**Toll Free:**
**Fax:** 207-866-6553
**Email:** ehoney@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT
CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Ave
Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
- SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME     V13833


2320495181

HC

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Church Street #A
WILTON, Maine 04294-3803
**Website:** http://wmca.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME

V13833

2320495181

HC

Your pre-foreclosure reporting form has been successfully submitted to the Bureau
of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF9 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to
avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134
800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com


-----
Consumer Information
-----

Consumer First name:ROBIN
Consumer Middle Initial/Middle Name:
Consumer Last name:SNOWDEN
Consumer Suffix:
Property Address line 1:261 RIVER RD
Property Address line 2:
Property Address line 3:
Property Address City/Town:BUCKSPORT
Property Address State:
Property Address zip code:04416
Property Address County:Hancock


-----
Notification Details
-----

Date notice was mailed:6/6/2017
Amount needed to cure the default:45005.82
Consumer Address line 1:450 ESSEX ST
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BANGOR
Consumer Address State:ME
Consumer Address zip code:04401

The material above and/or attached is provided for general informational purpose
only and does not constitute legal advice. The content is intended to be current
and useful, but Walz makes no representations or warranties, express or implied,
that it will continue to be current or applicable. We recommend that you consult
with counsel to provide you assurances of compliance. The information contained
in this email, including any attachments, is for the sole use of the intended
recipient(s) and may contain confidential and privileged information. Any
unauthorized use, disclosure, or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all
copies of the original message. Thank you.

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

PS form 3877
Type of Mailing:
CERTIFICATE OF MAILING
June 6, 2017



*914060*

| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|------|-----------------|-----------------------------|---------|-----|-----------|
| 1 | 2320495178 | ALAN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 2 | 2320495179 | ALAN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 3 | 2320495180 | ROBIN SNOWDEN<br>450 ESSEX ST<br>BANGOR, ME 04401-3937 | $0.670 | $0.39 | |
| 4 | 2320495181 | ROBIN SNOWDEN<br>261 RIVER RD<br>BUCKSPORT, ME 04416-4210 | $0.670 | $0.39 | |
| 5 | 2320495182 | MARTIN P METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.39 | |
| 6 | 2320495183 | JUDY W METROS<br>42 SPRING ST<br>BROWNVILLE, ME 04414-3001 | $0.670 | $0.39 | |

Totals                                                                    $4.02        $2.34

Grand Total:                                                              $6.36

List Number of Pieces          Total Number of Pieces          Postmaster:                Dated:
Listed by Sender               Received at Post office          Name of receiving employee

6

